No. 4825.—PUEBLO, apldo., *v.* SIERRA, apltc.—C. D. Bayamón. Julio 12, 1932.

No siendo de la incumbencia de este Tribunal la fijación de fianzas en causas criminales en primera instancia, remítase el anterior escrito del confinado Miguel Sierra Rivera a la Corte de Distrito de Bayamón para que actúe como estime procedente.

No. 4668.—PUEBLO, apldo., *v.* ARROYO, apltc.—C. D. Aguadilla. Julio 22, 1932.

(Por la corte, a propuesta del Juez Presidente Sr. del Toro.)

POR CUANTO, el único error que se señala en este caso es el de que las Cortes Municipal y de Distrito que intervinieron en el mismo carecían de jurisdicción porque tratándose de una infracción a una ley federal como la Nacional de Prohibición la denuncia fué presentada por un policía insular que no es un funcionario de los Estados Unidos de América; y

POR CUANTO, esa misma cuestión se ha resuelto en el día de hoy en sentido contrario a la contención del apelante en el caso de *El Pueblo* v. *Chaparro:*

POR TANTO, se declara el recurso sin lugar y se confirma la sentencia recurrida que dictó la Corte de Distrito de Aguadilla el 11 de octubre de 1931.

Nos. 4816, 4817, 4818.—PUEBLO, apldo. *v.* FERRER, apltc.—C. D. San Juan. Julio 29, 1932.

Las cuestiones de hecho y de derecho envueltas en estos casos son sustancialmente las mismas que han quedado resueltas en el caso No. 4819, de El Pueblo de Puerto Rico contra el mismo acusado.

Por las razones expuestas en la opinión emitida en dicho caso, *se confirman* las sentencias apeladas que dictó la Corte de Distrito de San Juan con fecha 27 de enero de 1932.